**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> DENON ELECTRONICS (USA), et al., <br><br> Defendants. | Case No. CV 10-4370-GW(PJWx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the Complaint and Counterclaims, in this action is hereby dismissed with prejudice in its entirety. Each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: July 23, 2010

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE