# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Video Enhancement Solutions, LLC,<br><br>Plaintiff(s)<br>v.<br><br>Denon Electronics (USA), LLC, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:10 CV 04370-GW (PJWx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed the accompanying Application of <u>Steven L. Park</u>,
*Applicant's Name*

of <u>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, 3500 SunTrust Plaza, 303 Peachtree Street, N.E. Atlanta, GA 30308-3263</u>
*Firm Name / Address*

<u>404-653-6570</u>                                                                     <u>steven.park@finnegan.com</u>
*Telephone Number*                                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff    X Defendant

<u>Research In Motion Corporation</u>

and the designation of <u>Craig N. Hentschel</u>
*Local Counsel Designee /State Bar Number*

of <u>333 South Grand Avenue, Suite 2100, Los Angeles, California 90071</u>
*Local Counsel Firm / Address*

<u>(213) 457-1800</u>                                                                     <u>chentschel@dykema.com</u>
*Telephone Number*                                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

√ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

*[signature: George H. Wu]*

Dated  August 4, 2010

Hon. George H. Wu
U. S. District Judge

G–64 ORDER (01/08)          **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

G-64 ORDER (01/08)      **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**