

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

*THIS IS TO CERTIFY THAT LIONEL M. LAVENUE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN*

*GOOD STANDING. MR. LAVENUE WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON JUNE 2, 2003, AFTER*

*ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.*

*Issued August 5, 2010*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER