**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C.,<br>　　　　　　　　　　　　　　　Plaintiff(s),<br>　　　　　　　v.<br>DENON ELECTRONICS (USA), L.L.C., et al.,<br>　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>2:10-cv-04370-GW-PJW<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Lionel M. Lavenue__,
*Applicant's Name*

of __Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.__
__Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190-5675__
*Firm Name / Address*

__(571) 203-2700__　　　　　　　　　　　　　　　__lionel.lavenue@finnegan.com__
*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant

__Sony Electronics Inc.__

and the designation of __Donald L. Ridge, California Bar No. 132171,__
*Local Counsel Designee /State Bar Number*

of __Morris Polich & Purdy, LLP, 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017__
*Local Counsel Firm / Address*

__(213) 891-9100__　　　　　　　　　　　　　　　__DRidge@mpplaw.com__
*Telephone Number*　　　　　　　　　　　　　　　　　*E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____　　　　_____
　　　　　　　　　　　　　　　　　　　　U. S. District Judge/U.S. Magistrate Judge