# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **TROY LEO GWARTNEY** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. GWARTNEY** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2009**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued August 5, 2010

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHEF OPERATING OFFICER