## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VIDEO ENHANCEMENT SOLUTIONS, L.L.C.,

Plaintiff(s)

v.

DENON ELECTRONICS (USA), L.L.C., et al.,

Defendant(s).

CASE NUMBER

2:10-cv-04370-GW-PJW

ORDER ON
APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC
CASE

The Court, having reviewed the accompanying Application of _____Troy L. Gwartney_____,

*Applicant's Name*

of ___Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.___

___Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190-5675___

*Firm Name / Address*

_____(571) 203-2700_____                    _____troy.gwartney@finnegan.com_____

*Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

___Sony Electronics Inc.___

and the designation of ___Donald L. Ridge, California Bar No. 132171,___

*Local Counsel Designee /State Bar Number*

of ___Morris Polich & Purdy, LLP, 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017___

*Local Counsel Firm / Address*

_____(213) 891-9100_____                    _____DRidge@mpplaw.com_____

*Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated _____          _____

U. S. District Judge/U.S. Magistrate Judge