Donald L. Ridge (SBN 132171)
*dridge@mpplaw.com*
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA  90017
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178

Lionel M. Lavenue, Esq. *(pro hac vice application to be submitted)*
*lionel.lavenue@finnegan.com*
Troy L. Gwartney, Esq. (*pro hac vice application to be submitted*)
*troy.gwartney@finnegan.com*
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.**
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-5675
Telephone:  (571) 203-2700
Facsimile:  (202) 408-4400

David Martens (State Bar No. 264895)
*david.martens@finnegan.com*
**FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER LLP**
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:  (650) 849-6646
Facsimile:  (650) 849-6666

Attorneys for Defendant
SONY ELECTRONICS INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C.,<br><br>                    Plaintiff,<br><br>v.<br><br>DENON ELECTRONICS (USA) et al.<br><br>                    Defendants. | **CASE NO.  2:10-CV-04370 GW (PJWx)**<br><br>**Hon. George H. Wu**<br><br>**NOTICE OF APPEARANCE** |

1

1 **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that David Martens (California State Bar No. 264,895) of the law firm Finnegan Henderson Farabow Garrett & Dunner LLP, 3300 Hillview Avenue, Palo Alto, CA 94304-1203, is also appearing as counsel of record for Defendant Sony Electronics Inc.

Dated:  August 6, 2010

Respectfully submitted,

**MORRIS POLICH & PURDY LLP**

By: _____/S/_____
             Donald L. Ridge

Lionel M. Lavenue, Esq.
Troy L. Gwartney, Esq.
David Martens
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.**

*Attorneys for Defendant*
*SONY ELECTRONICS INC.*

2