ALEXANDER G. CALFO (SBN 152891)
ACalfo@yukelaw.com
DAVID C. SHAY (SBN 241702)
DShay@yukelaw.com
YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, CA 90017
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

BRYAN G. HARRISON (GA Bar No. 331750)
*admitted Pro Hac Vice*
bgh@mmmlaw.com
JOHN P. FRY (GA Bar No. 278705)
*admitted Pro Hac Vice*
jpf@mmmlaw.com
MORRIS MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Attorneys for Plaintiff
VIDEO ENHANCEMENT
SOLUTIONS, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>DENON ELECTRONICS (USA), et al,<br><br>Defendants. | CASE NO. 2:10-CV-4370 GW (PJWx)<br><br>**MUTUAL STIPULATION OF DISMISSAL**<br><br>Assigned to Honorable George H. Wu |

/ / /

/ / /

/ / /

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Video Enhancement
2  Solutions, L.L.C. ("VES") and Defendant Seagate Technology LLC hereby dismiss
3  with prejudice the claims asserted in their respective Complaint and Counterclaims,
4  with each party to bear its own costs and attorney's fees.

5  DATED: August 6, 2010            YUKEVICH CALFO & CAVANAUGH

              By: _____
                  Alexander G. Calfo
                  David C. Shay
                  Attorneys for Plaintiff
                  VIDEO ENHANCEMENT
                  SOLUTIONS, L.L.C.

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

| | |
|---|---|
| DATED: August 6, 2010 | DUANE MORRIS LLP |

By: *[signature]*
s/ L. Norwood "Woody" Jameson
L. Norwood "Woody" Jameson
Georgia Bar Number 003970
WJameson@duanemorris.com
William A. Capp
Georgia Bar Number 108823
BCapp@duanemorris.com
Leah J. Poynter
Georgia Bar Number 586605
LPoynter@duanemorris.com
Atlantic Center Plaza
1180 West Peachtree St. NW, Suite 700
Atlanta, GA 30309
Tel: (404) 253-6900
Fax: (404) 253-6901

J. Robert Renner
California State Bar Number 148587
rrenner@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Tel. (213) 689-7400
Fax: (213) 689-7401

Counsel for Defendant
Seagate Technology LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 South Figueroa Street, Thirty-Eighth Floor, Los Angeles, California 90017.

On August 6, 2010, I served true copies of the following document(s) described as **MUTUAL STIPULATION OF DISMISSAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 6, 2010, at Los Angeles, California.

_____
Deanna Castellanos

---

407149.1 / 117-001

2:10-CV-4370 GW (PJWx)

MUTUAL STIPULATION OF DISMISSAL—SEAGATE TECHNOLOGY LLC

# SERVICE LIST

**Video Enhancement Solutions, LLC v. Denon Electronics (USA), et al.**
USDC – Central District of California, Western Division
Case No. 2:10-CF-4370 GW(PJWx)

| | |
|---|---|
| Karl J. Kramer, Esq.<br>Richard S. Ballinger, Esq.<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018 | Attorneys for Defendant<br>DENON ELECTRONICS (USA), L.L.C.<br><br>T:  (650) 813-5600<br>F:  (650) 494-0792<br><br>kkramer@mofo.com<br>rballiger@mofo.com |
| Richard A. Mitchell, Esq.<br>ARNALL GOLDEN & GREGORY<br>171 17th Street, NW, Suite 2100<br>Atlanta, GA  30363-1031 | Co-Counsel for Defendant<br>DENON ELECTRONICS (USA), L.L.C.<br><br>T:  (404) 873-8792<br>F:  (404) 873-8793<br><br>richard.mitchell@agg.com |
| A. James Isbester, Esq.<br>Megan M. Chung, Esq.<br>TOWNSEND AND TOWNSEND AND CREW<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA  94111-3834 | Attorneys for Defendant<br>EPSON AMERICA, INC.<br><br>T:  (415) 576-0200<br>F:  (415) 576-0300<br><br>jisbester@townsend.com<br>mmchung@townsend.com |
| Dale Lischer, Esq.<br>Dana T. Hustins, Esq.<br>Elizabeth G. Borland, Esq.<br>SMITH GAMBRELL & RUSSELL<br>1230 Peachtree Street, N.E.<br>Suite 3100, Promenade II<br>Atlanta, GA  30309-3592 | Co-Counsel for<br>EPSON AMERICA, INC.<br><br>T:  (404) 815-3741<br>F:  (404) 815-3509<br><br>dlischer@sgrlaw.com<br>dhustins@sgrlaw.com<br>egborland@sgrlaw.com |
| Nicholas J. Gingo, Esq.<br>Todd R. Tucker, Esq.<br>RENNER OTTO BOISSELLE & SKLAR<br>1621 Euclid Avenue<br>Cleveland, OH  44115 | Attorneys for Defendant<br>ONKYO U.S.A. CORPORATION<br><br>T:  (216) 621-1113<br>F:  (216) 621-6165<br><br>ngingo@rennerotto.com<br>ttucker@rennerotto.com |

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

| | | |
|---|---|---|
| 1 | John Hinton, IV, Esq. | Co-Counsel for Defendant |
| 2 | Linda Ann Klein, Esq.<br>Michael J. Powell, Esq. | ONKYO U.S.A. CORPORATION |
| 3 | BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C. | T: (404) 221-6523<br>F: (404) 221-6501 |
| 4 | 3414 Peachtree Road, N.E.<br>Suite 1600, Monarch Plaza | jhinton@bakerdonelson.com |
| 5 | Atlanata, GA 30326 | lklein@bakerdonelson.com<br>mpowell@bakerdonelson.com |
| 6 | Christine E. Bestor, Esq. | Attorney for Defendant |
| 7 | Sharyn M. Castle, Esq.<br>Michael A. Dorfman, Esq. | TEAC AMERICA, INC. |
| 8 | KATTEN MUCHIN ROSENMAN, LLP<br>525 West Munroe Street | T: (312) 902-5200<br>F: (312) 902-1061 |
| 9 | Chicago, IL 60661-3693 | christine.bestor@kattenlaw.com<br>sharyn.castle@kattenlaw.com |
| 10 | | michael.dorfman@kattenlaw.com |
| 11 | Evan Finkel, Esq. | Attorney for Defendant |
| 12 | Christopher Jackson, Esq.<br>Mark R. Kendirk, Esq. | YAMAHA ELECTRONICS<br>CORPORATION |
| 13 | PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP | T: (213) 488-7318 |
| 14 | 725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406 | F: (213) 629-1033 |
| 15 | | evan.finkel@pillsburylaw.com<br>christopher.jackson@pillsburylaw.com |
| 16 | | mark.kendrick@pillsburylaw.com |
| 17 | Cheralynn M. Gregoire, Esq.<br>John L. Taylor, Jr., Esq. | Co-Counsel for Defendant<br>YAMAHA ELECTRONICS |
| 18 | CHOREY TAYLOR & FEIL<br>3399 Peachtree Road, N.E. | CORPORATION |
| 19 | The Lenox Building, Suite 1700<br>Atlanta, GA 30326-1148 | T: (404) 841-3200<br>F: (404) 941-3221 |
| 20 | | cgregoire@ctflegal.com<br>jtaylor@ctflegal.com |
| 21 | | |
| 22 | John C. Rozendaal, Esq.<br>Melanie L. Bostwick, Esq. | Attorneys for Defendant<br>FUNAI CORPORATION |
| 23 | Michael E. Joffre, Esq.<br>KELLOGG HUBER HANSEN TODD | T: (202) 326-7900 |
| 24 | EVANS & FIGEL<br>1615 M Street, N.W., Suite 400 | F: (202) 326-7999 |
| 25 | Washington, DC 20036-3209 | jrozendaal@khhte.com<br>mbostwick@khhte.com |
| 26 | | mjoffre@khhte.com |
| 27 | | |
| 28 | | |

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

407149.1 / 117-001                                               2:10-CV-4370 GW (PJWx)

MUTUAL STIPULATION OF DISMISSAL—SEAGATE TECHNOLOGY LLC

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

| | |
|---|---|
| 1  Christina M. Baugh, Esq. | Co-Counsel for Defendant |
|    Steven M. Kushner, Esq. | FUNAI CORPORATION |
| 2  FELLOWS LA BRIOLA, LLP | |
|    225 Peachtree Street, N.E. | T:   (404) 586-9200 |
| 3  South Tower, Suite 2300 | F:   (404) 586-9201 |
|    Atlanta, GA  30303-1731 | |
| 4  | cbaugh@fellab.com |
|    | skushner@fellab.com |
| 5  | |
|    Brock F. Wilson, Esq. | Attorneys for Defendants |
| 6  Daniel R. Foster, Esq. | PANASONIC CORPORATION OF |
|    Fay E. Morisseau, Esq. | NORTH AMERICA, INC.; PHILLIPS |
| 7  Christopher D. Bright, Esq. | ELECTRONICS NORTH AMERICA, |
|    David Chase, Esq. | INC. |
| 8  McDERMOTT WILL& EMERY | |
|    18191 Von Karman Avenue, Suite 500 | T:   (949) 757-7135 |
| 9  Irvine, CA  92612-0187 | F:   (949) 851-9348 |
| 10 | bwilson@mwe.com |
|    | dfoster@mwe.com |
| 11 | fmorisseau@mwe.com |
|    | cbright@mwe.com |
| 12 | dchase@mwe.com |
| 13 Roger D. Taylor, Esq. | Attorneys for Defendants |
|    Steven L. Park, Esq. | RESEARCH IN MOTION LIMITED; |
| 14 Constance Baker Jones, Esq. | SONY ELECTRONICS, INC. |
|    FINNEGAN HENDERSON FARABOW | |
| 15 GARRETT & DUNNER | T:   (404) 653-6400 |
|    303 Peachtree Street, N.E. | F:   (404) 653-6444 |
| 16 3200 SunTrust Plaza | |
|    Atlanta, GA  30308-3201 | roger.taylor@finnegan.com |
| 17 | steven.park@finnegan.com |
|    | constance.jones@finnegan.com |
| 18 | |
|    Lionel M. Lavenue, Esq. | Attorneys for Defendants |
| 19 Troy L. Gwartney, Esq. | RESEARCH IN MOTION LIMITED; |
|    FINNEGAN HENDERSON FARABOW | SONY ELECTRONICS, INC. |
| 20 GARRETT & DUNNER | |
|    11955 Freedom Drive | T:   (571) 203-2700 |
| 21 Reston, VA  20190-5675 | F:   (202) 408-4400 |
| 22 | lionel.lavenue@finnegan.com |
|    | troy-gwartney@finnegan.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

407149.1 / 117-001

2:10-CV-4370 GW (PJWx)

MUTUAL STIPULATION OF DISMISSAL—SEAGATE TECHNOLOGY LLC

| | | |
|---|---|---|
| 1 | Kevin B. Collins, Esq.<br>Robert D. Fram, Esq. | Attorneys for Defendant<br>SAMSUNG ELECTRONICS USA, |
| 2 | Robert J. Fowler, Esq.<br>COVINGTON & BURLING | INC. |
| 3 | 1201 Pennsylvania Avenue, NW<br>Washington, DC  20004 | T:   (202) 662-5598<br>F:   (202) 778-5598 |
| 4 | | |
| 5 | | kcollins@cov.com<br>rfram@cov.com |
| 6 | | rfowler@cov.com |

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

407149.1 / 117-001

2:10-CV-4370 GW (PJWx)

MUTUAL STIPULATION OF DISMISSAL—SEAGATE TECHNOLOGY LLC