**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIDEO ENHANCEMENT SOLUTIONS, L.L.C., <br> Plaintiff(s) <br> v. <br> DENON ELECTRONICS (USA), L.L.C., et al., <br> Defendant(s). | CASE NUMBER <br><br> 2:10-cv-04370-GW-PJW <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of     **Lionel M. Lavenue**    ,
*Applicant's Name*

of     Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
       Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190-5675
*Firm Name / Address*

       (571) 203-2700                                   lionel.lavenue@finnegan.com
*Telephone Number*                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   ☒ Defendant

     Sony Electronics Inc.

and the designation of     Donald L. Ridge, California Bar No. 132171,
*Local Counsel Designee /State Bar Number*

of     Morris Polich & Purdy, LLP, 1055 West Seventh Street, 24th Floor, Los Angeles, California 90017
*Local Counsel Firm / Address*

       (213) 891-9100                                   DRidge@mpplaw.com
*Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated: August 9, 2010                           *George H. Wu* (signature)
                                                GEORGE H. WU, U. S. District Judge

G–64 ORDER (01/08)     **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**